**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | CASE NO.:   3:22-cr-00618-JRK |
| Plaintiff, | |
| v. | JUDGE JAMES R. KNEPP II |
| **LUCAS VANWOERT**, | |
| Defendant. | **SENTENCING SCHEDULING ORDER** |

This matter is scheduled for sentencing on April 23, 2024 at 11:00 AM in Courtroom 312 before Judge James R. Knepp II.  **Counsel is directed to report at 10:45 AM.** Any related motions and/or memoranda shall be filed at least ten (10) days prior to sentencing. Defense counsel may refer to https://www.bop.gov/resources/publications.jsp for a list of programs available through the Bureau of Prisons in which Defendant may request participation.

| | |
|---|---|
| **Date of Plea or Verdict:** | **12/21/2023** |
| **Proposed Presentence Report** shall be disclosed to counsel no later than: *(not less than six (6) weeks prior to sentencing)* | **3/12/2024** |
| **Counsel's Written Objections or Notice of No Objections to the Presentence Report** shall be provided to the Probation Officer no later than: *(two (2) weeks after disclosure of Proposed Presentence Report)* | **3/26/2024** |
| **Presentence Report** and any statement of unresolved objections shall be submitted to the Court and disclosed to counsel no later than: *(two (2) weeks prior to sentencing)* | **4/9/2024** |
| **Government's Motion for Preliminary Order of Forfeiture** to be filed by: | **4/9/2024** |
| **Counsel to file any sentence related motions and/or memoranda by:** *(ten (10) days prior to sentencing)* | **4/15/2024** |
| **Judgment and Sentencing date:** *(not less than fourteen (14) weeks from plea or verdict)* | **4/23/2024** |

SO ORDERED on December 21, 2023.

s/ *James R. Knepp II*
UNITED STATES DISTRICT JUDGE