# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**UNITED STATES OF AMERICA**,          CASE NO.:    3:22-cr-00618-JRK

    Plaintiff,

        v.          JUDGE JAMES R. KNEPP II

**LUCAS VANWOERT,**

    Defendant.          **SENTENCING SCHEDULING ORDER**

This matter is rescheduled for sentencing on May 10, 2024 at 11:00 AM in Courtroom 312 before Judge James R. Knepp II.  **Counsel is directed to report at 10:45 AM.** Any related motions and/or memoranda shall be filed at least ten (10) days prior to sentencing. Defense counsel may refer to https://www.bop.gov/resources/publications.jsp for a list of programs available through the Bureau of Prisons in which Defendant may request participation.

| | |
|---|---|
| **Date of Plea or Verdict:** | 12/21/2023 |
| **Proposed Presentence Report** shall be disclosed to counsel no later than: *(not less than six (6) weeks prior to sentencing)* | 3/29/2024 |
| **Counsel's Written Objections or Notice of No Objections to the Presentence Report** shall be provided to the Probation Officer no later than: *(two (2) weeks after disclosure of Proposed Presentence Report)* | 4/12/2024 |
| **Presentence Report** and any statement of unresolved objections shall be submitted to the Court and disclosed to counsel no later than: *(two (2) weeks prior to sentencing)* | 4/26/2024 |
| **Government's Motion for Preliminary Order of Forfeiture** to be filed by: | 4/26/2024 |
| **Counsel to file any sentence related motions and/or memoranda by:** *(ten (10) days prior to sentencing)* | 4/30/2024 |
| **Judgment and Sentencing date:** *(not less than fourteen (14) weeks from plea or verdict)* | 5/10/2024 |

SO ORDERED on January 24, 2024.

                       s/ *James R. Knepp II*
                       UNITED STATES DISTRICT JUDGE