**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Case No. 3:22CR000618 |
| | ) | |
| Plaintiff, | ) | **JUDGE KNEPP** |
| | ) | |
| Vs. | ) | **DEFENDANT VANWOERT'S** |
| | ) | **MOTION TO SUPPLEMENT CJA** |
| **LUCAS VANWOERT,** | ) | **BUDGET** |
| | ) | |
| Defendant. | ) | Charles M. Boss (0011436) |
| | ) | Boss & Vitou Co., L.P.A. |
| | ) | 111 W. Dudley Street |
| | ) | Maumee, OH 43537 |
| | ) | PH:  (419) 893-5555 |
| | ) | Fax: (419) 893-2797 |
| | ) | cboss@bossvitou.com |
| | ) | |
| | ) | **ATTORNEY FOR DEFENDANT** |
| | ) | **LUCAS VANWOERT** |
| | ) | |

\*  \*  \*  \*  \*

Now comes Defendant Lucas Vanwoert, by and through his attorney, and respectfully requests that this Honorable Court Supplement his CJA Budget Under the Criminal Justice Act by authorizing the additional sum of $680.00 for the paralegal services rendered by Rashad Daoudi.  These expenses were necessary to provide the defendant adequate assistance of counsel at sentencing.  Mr. Daoudi provided extensive paralegal services on behalf of defendant Lucas Vanwoert.

The budget previously authorized $2,500.00, for the services of paralegal services of Rashaud Daoudi.  Of that amount, the paralegal previously billed $2,090.00. There remains an authorized balance in the budget of $410.00.  All paralegal services have now been completed and an invoice has been submitted to counsel for additional services in the amount

of $1,090.00 which is attached as Exhibit A.  There is a shortfall of $680.00 which is hereby being requested as a supplement to the authorized budget for these paralegal services.

Counsel for Mr. Vanwoert believes that the paralegal services of Rashad Daoudi were of substantial assistance to counsel and the court.

WHEREFORE, it is respectfully requested that this Honorable Court authorize the additional sum of $680.00 for the paralegal services of Rashaud Daoudi.

Respectfully submitted,

BOSS & VITOU Co., L.P.A.

/s/ Charles M. Boss
By:  Charles M. Boss
  Attorney for Defendant
  Lucas Vanwoert

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the DEFENDANT VANWOERT'S MOTION TO SUPPLEMENT CJA BUDGET was filed electronically this 12th day of June 2024.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic receipt.

Respectfully submitted,

BOSS & VITOU Co., L.P.A.

/s/ Charles M. Boss
By:  Charles M. Boss
  Attorney for Defendant
  Lucas Vanwoert