**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO: 3:22-CR-618 |
| | : | |
| Plaintiff, | : | |
| | : | JUDGE JAMES R. KNEPP, II |
| -vs- | : | |
| | : | **MOTION FOR EXTENSION** |
| LUCAS VANWOERT, | : | **OF TIME TO** |
| | : | **FILE SUR-REPLY** |
| Defendant. | : | |

Lucas VanWoert, by and through counsel, moves this Court for an extension of time – up to and including November 13, 2025 – to file his sur-reply regarding his habeas petition. The current deadline for his sur-reply is November 3, 2025. This extension is requested in the interest of justice and not for purposes of delay. Undersigned counsel has spent several days out of the office due to illness and now needs an extension of time to submit the sur-reply in this matter. Mr. VanWoert therefore asks for an extension to November 13, 2025.

Respectfully submitted,

Stephen Newman
Federal Public Defender
Ohio Bar: 0051928

*/s/ Krysten E. Beech*
Krysten E. Beech
Office of the Federal Public Defender
Ohio Bar No. 0094020
617 Adams Street, Second Floor
Toledo, Ohio 43604
T: (419) 259-7370
F: (419) 259-7375
krysten_beech@fd.org